# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Mazen Khdeer,

                 Petitioner,

v.

Warden David Paul,

                 Respondent.

_____

File No. 18-cv-02112 (ECT/BRT)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

The Court has received the November 29, 2018 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. ECF No. 18. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 18] is **ACCEPTED**;

2. The Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED** for lack of subject-matter jurisdiction, or alternatively, is **DENIED** on the merits; and

3. The action is **DISMISSED WITH PREJUDICE**.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 2, 2019

s/ Eric C. Tostrud _____
Eric C. Tostrud
United States District Court